**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-1778 PA (FMOx) | Date | November 15, 2011 |
|---|---|---|---|
| Title | Myleen Chapin v. Global Credit & Collection Corp. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**    Order to Show Cause Re: Dismissal for Lack of Prosecution

    Generally, defendants must answer the complaint within 21 days after service (60 days if the defendant is the United States).  Fed. R. Civ. P. 12(a)(1).  On October 14, 2011, the Court granted defendant Global Credit & Collection Corp. ("Defendant") an extension of time to respond to plaintiff Myleen Chapin's ("Plaintiff") First Amended Complaint.  The date by which Defendant was to respond – October 28, 2011 – has long since come and gone.

    Accordingly, the Court, on its own motion, orders Plaintiff to show cause in writing on or before **November 30, 2011,** why this action should not be dismissed for lack of prosecution.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument.  The Order to Show Cause will stand submitted upon the filing of Plaintiff's response.  Failure to respond to this Order may result in the imposition of sanctions, including but not limited to dismissal of the complaint.

    IT IS SO ORDERED.

                                                                                                                                         :

Initials of Preparer